UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:20-cv-22133-JEM

RYAN MAUNES MAGLANA, *on his own behalf and as a class representative of all other similarly situated Filipino crewmembers trapped aboard* CELEBRITY *cruise vessels*,

    Plaintiffs,

v

CELEBRITY CRUISES INC.,

    Defendant.
_____/

**CLASS ACTION & DEMAND FOR JURY TRIAL**

**PLAINTIFFS' NOTICE OF FILING**

Plaintiff, RYAN MAUNES MAGLANA, on his own behalf and on behalf of all other similarly situated Filipino crewmembers trapped onboard CELEBRITY cruise vessels (hereinafter "PLAINTIFFS") through undersigned counsel hereby file:

1) their corrected verified complaint with counsel's signature block executed to correct initial submission which omitted the undersigned attorneys signature as required under the Rules of Civil Procedure.

2) Plaintiff's verification of the substance of his Complaint.

Respectfully submitted this on this 22nd day of MAY, 2020.

BY: _____
RAUL G. DELGADO II, ESQ.

        Florida Bar No. 094004
        raul@cruiselawyermiami.com
        Raulsr@cruiselawyermiami.com
        heidi@cruiselawyermiami.com
        filing@cruiselawyermiami.com
        DELGADO TRIAL ATTORNEYS
        ***Attorneys for Plaintiff***
        10661 N. Kendall Drive, Suite 210
        Miami, FL 33176
        Ph:          (305) 596-7911
        Cell:         (305) 972-0817
        Fax:        (305) 397-2654
        Toll Free:    1(877) 372-0817