UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:20-cv-22133-JEM

RYAN MAUNES MAGLANA, *on his own behalf and as a class representative of all other similarly situated Filipino crewmembers trapped aboard* CELEBRITY *cruise vessels*,

    Plaintiffs,

v

CELEBRITY CRUISES INC.,

    Defendant.

_____/

**CLASS ACTION & DEMAND FOR JURY TRIAL**

**PLAINTIFFS MOTION FOR A PRELIMINARY MANDATORY INJUNCTION COMPELLING DEFENDANT TO REPATRIATE ITS FILIPINO CREWMEMBERS**

Plaintiff, RYAN MAUNES MAGLANA, on his own behalf and on behalf of all other similarly situated Filipino crewmembers trapped onboard CELEBRITY cruise vessels (hereinafter "PLAINTIFFS") through undersigned counsel and pursuant to Federal Rules of Civil Procedure 23 and 65, hereby move the Court to set a hearing on their Emergency Motion for a Preliminary Injunction for Hearing, and in support thereof, would state:

    1.    On May 21st, 2020, Plaintiffs filed their VERIFIED COMPLAINT FOR EMEREGENCY INJUNCTIVE RELIEF & DAMAGES alleging that Plaintiffs are entitled

to relief from this Court for violations of their collective rights under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e *et seq.*, including but not limited to their right to not be discriminated against by their employer on the basis of their national identity, in addition to their rights as seafarers' under the General Maritime Law of the United States, the Jones Act 46 U.S.C. § 30104, and 46 U.S.C. § 10313.

2.  Plaintiffs seek a preliminary injunction requiring Defendants, their officers, employees, and agents, all persons acting in active concert or participation with Defendants, or under Defendants' supervision, direction, or control, and all other persons within the scope of Federal Rule of Civil Procedure 65, to repatriate the approximate 1700 Filipino seafarers that are being held captive aboard the ships in Defendant's fleet, provide them with back pay wages that were not paid despite Defendant's failure to repatriate them in accordance with its obligations under US and International maritime law.

3.  Federal Rule of Civil Procedure 65 provides for the issuance of a preliminary injunction under circumstances such as those that exist in the present case.

4.  In support of this motion, Plaintiff submits a Memorandum of Law, addressing all necessary elements for the entry of a preliminary injunction and preliminary injunction.

5.  Plaintiff's Verified Complaint seeks emergency injunctive relief because the longer Plaintiffs' are collectively held against their will by Defendant in violation of the Plaintiffs' right to repatriation has and will continue to cause Plaintiffs' irreparable harm

◦ 2 ◦

Delgado Trial Attorneys ✦ 10661 N. Kendall Drive, Suite 210 ✦ Miami, FL 33176
(305) 596-7911 ✦ (305) 927-3678 ✦ Toll Free (877) 372-0817 ✦ Fax (305) 397-2654
www.CruiseLawyerMiami.com

including the risk of suicide and emotional distress caused by Defendant's intentional actions.

6.      Plaintiff seeks leave to present 30 minutes of oral argument in support of this motion pursuant to Local Civil Rule 7.1(b).

WHEREFORE, for the foregoing reasons, and for those set forth in Plaintiff's supporting Memorandum of Law and the Declarations of Plaintiff RYAN MAUNES MAGLANA on his own behalf and on behalf of all similarly situated Filipino seafarers in CELEBRITY'S fleet in their **VERIFIED COMPLAINT,** Plaintiffs respectfully moves that the Court enter a preliminary injunction requiring Defendants, their officers, employees, and agents, all persons acting in active concert or participation with Defendants, or under Defendants' supervision, direction, or control, and all other persons within the scope of Federal Rule of Civil Procedure 65, to repatriate the approximately 1700 Filipino seafarers that are being held captive aboard the ships in Defendant's fleet in addition to providing them with back-pay wages that were not paid despite Defendant's failure to repatriate them in accordance with its obligations under US and International maritime law and all other equitable relief or otherwise this Court deems fair and just.

**Dated:**      May 25, 2020

BY:  _____
RAUL G. DELGADO II, ESQ.
Florida Bar No. 094004
raul@cruiselawyermiami.com
Raulsr@cruiselawyermiami.com
heidi@cruiselawyermiami.com
filing@cruiselawyermiami.com
DELGADO TRIAL ATTORNEYS

∘ 3 ∘

Delgado Trial Attorneys ✦ 10661 N. Kendall Drive, Suite 210 ✦ Miami, FL 33176
(305) 596-7911 ✦ (305) 927-3678 ✦ Toll Free (877) 372-0817 ✦ Fax (305) 397-2654
www.CruiseLawyerMiami.com

Maglana v. Celebrity Cruise Inc.
Case No.: 1:20-cv-22133-JEM

*Attorneys for Plaintiff*
10661 N. Kendall Drive, Suite 210
Miami, FL 33176
Ph:             (305) 596-7911
Cell:           (305) 972-0817
Fax:            (305) 397-2654
Toll Free:      1(877) 372-0817