UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-22133-CIV-MARTINEZ

RYAN MAUNES MAGLANA,
on behalf of himself and all others
similarly situated,

    Plaintiff,

vs.

CELEBRITY CRUISES INC.,

    Defendant.
_____/

## DEFENDANT'S SUGGESTION OF MOOTNESS AS TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff's collective bargaining agreement with Defendant requires him to assert his claims, if at all, in the arbitral forum required by the collective bargaining agreement. Nonetheless, and without waiving its right to seek to compel arbitration, Defendant states that Plaintiff has left the ship wholly independent of this action and is *en route* to his home country, thus mooting Plaintiff's Corrected Motion For A Preliminary Injunction Compelling Defendant To Repatriate Its Filipino Crewmembers [DE 7].

Respectfully submitted,

HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
(305) 374-8500 (telephone)
(305) 789-7799 (facsimile)

By: /s/ Scott D. Ponce
Sanford L. Bohrer (FBN 160643)
sbohrer@hklaw.com
Alex M. Gonzalez (FBN 0991200)
alex.gonzalez@hklaw.com
Scott D. Ponce (FBN 0169528)
sponce@hklaw.com

HAMILTON, MILLER, & BIRTHISEL LLP
Jerry D. Hamilton (FBN 970700)
jhamilton@hamiltonmillerlaw.com
Evan S. Gutwein (FBN 58741)
egutwein@hamiltonmillerlaw.com
Annalisa Gutierrez (FBN 97940)
agutierrez@hamiltonmillerlaw.com
150 S.E. Second Avenue, Suite 1200
Miami, Florida 33131
(305) 379-3686 (telephone)
(305) 279-3690 (facsimile)

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 27, 2020 I electronically filed this document using the Court's CM/ECF system, which will automatically serve a copy on all counsel of record.

By: /s/ Scott D. Ponce