UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:20-cv-22133-MARTINEZ

RYAN MAUNES MAGLANA and FRANCIS KARL BUGAYONG *on their own behalf and as a class representatives of all other similarly situated Filipino crewmembers trapped aboard* CELEBRITY *cruise vessels*,

    Plaintiffs,

v

CELEBRITY CRUISES INC.,

    Defendant.

_____/

**CLASS ACTION & DEMAND FOR JURY TRIAL**

**PLAINTIFFS' NOTICE OF WITHDRAWING MOTION [D.E. 6 & 6-2] IN LIGHT OF FORTHCOMING AMENDED MOTION BASED ON AMENDED COMPLAINT**

Plaintiffs, RYAN MAUNES MAGLANA and KARL FRANCIS BUGAYONG, on their own behalf and on behalf of all other similarly situated Filipino crewmembers trapped onboard CELEBRITY cruise vessels (hereinafter "PLAINTIFFS"), through undersigned counsel, give notice that they withdraw their original Motion for Preliminary Injunction & proposed order [D.E. 6 & 6-2] in light of their Amended Complaint. Plaintiffs amended motion will be submitted forthwith.

**Dated:**     **June 29, 2020**
              **Miami, Florida**



Maglana v. Celebrity Cruise Inc.
Case No.: 1:20-cv-22133-JEM

BY: _____
Raul G. Delgado II, Esq.
Florida Bar No. 094004

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2020 I electronically filed this document using the Court's CM/ECF system, which will automatically serve a copy on all counsel of record in the service list included below..

BY: _____
Raul G. Delgado II, Esq.
Florida Bar No. 094004
raul@cruiselawyermiami.com
Raulsr@cruiselawyermiami.com
heidi@cruiselawyermiami.com
filing@cruiselawyermiami.com
Delgado Trial Attorneys
*Attorneys for Plaintiff*
10631 N. Kendall Drive, Suite 130
Miami, FL 33176
Ph:            (305) 596-7911
Cell:          (305) 972-0817
Fax:          (305) 397-2654
Toll Free:   1(877) 372-0817

Maglana v. Celebrity Cruise Inc.<br>Case No.: 1:20-cv-22133-JEM

## SERVICE LIST

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-22133-CIV-MARTINEZ

**Plaintiffs RYAN MAUNES MAGLANA and FRANCIS KARL BUGAYONG,** *on their own behalf and as class representatives for all other similarly situated Filipino crewmembers trapped aboard* **CELEBRITY** *cruise vessels,*

v.

**Defendant, CELEBRITY CRUISES INC.**

| | |
|---|---|
| **Raul G. Delgado II, Esq.**<br>Florida Bar No. 094004<br>raul@cruiselawyermiami.com<br>heidi@cruiselawyermiami.com<br>filing@cruiselawyermiami.com<br>**Raul G. Delgado, Esq.**<br>Florida Bar No. 236969<br>raulsr@cruiselawyermiami.com<br>**Delgado Trial Attorneys**<br>*Attorneys for Plaintiff*<br>10631 N. Kendall Drive, Suite 130<br>Miami, Florida 33176<br>Telephone:  (305) 596-7911<br>Facsimile:   (305) 397-2654<br>Toll free:   1 (877)372-0817 | HOLLAND & KNIGHT LLP<br>701 Brickell Avenue, Suite 3300<br>Miami, Florida 33131<br>(305) 374-8500 (telephone)<br>(305) 789-7799 (facsimile)<br>By: /s/ Scott D. Ponce<br>Sanford L. Bohrer (FBN 160643)<br>sbohrer@hklaw.com<br>Alex M. Gonzalez (FBN 0991200)<br>alex.gonzalez@hklaw.com<br>Scott D. Ponce (FBN 0169528)<br>sponce@hklaw.com |
| | HAMILTON, MILLER, & BIRTHISEL LLP<br>Jerry D. Hamilton (FBN 970700)<br>jhamilton@hamiltonmillerlaw.com<br>Evan S. Gutwein (FBN 58741)<br>egutwein@hamiltonmillerlaw.com<br>Annalisa Gutierrez (FBN 97940)<br>agutierrez@hamiltonmillerlaw.com<br>150 S.E. Second Avenue, Suite 1200<br>Miami, Florida 33131<br>(305) 379-3686 (telephone)<br>(305) 279-3690 (facsimile)<br>Attorneys for Defendant |