UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-22133-CIV-MARTINEZ

RYAN MAUNES MAGLANA and
FRANCES KARL BUGAYONG,
on behalf of themselves and all others
similarly situated,

    Plaintiff,

vs.

CELEBRITY CRUISES INC.

    Defendant.
_____/

**DEFENDANT'S RESPONSE TO
PLAINTIFFS' MOTION FOR A STATUS CONFERENCE**

Defendant Celebrity Cruises Inc. takes no position on Plaintiffs' motion for a status conference, and leaves to the Court's discretion whether it believes a conference is necessary.

**[SIGNATURE BLOCK ON NEXT PAGE]**

Respectfully submitted,

HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
(305) 374-8500 (telephone)
(305) 789-7799 (facsimile)

By: /s/ Scott D. Ponce
Alex M. Gonzalez (FBN 0991200)
alex.gonzalez@hklaw.com
Scott D. Ponce (FBN 0169528)
sponce@hklaw.com

HAMILTON, MILLER, & BIRTHISEL LLP
Jerry D. Hamilton (FBN 970700)
jhamilton@hamiltonmillerlaw.com
Evan S. Gutwein (FBN 58741)
egutwein@hamiltonmillerlaw.com
150 S.E. Second Avenue, Suite 1200
Miami, Florida 33131
(305) 379-3686 (telephone)
(305) 279-3690 (facsimile)

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 19, 2023 I electronically filed this document using the Court's CM/ECF system, which will automatically serve a copy on all counsel of record.

By: /s/ Scott D. Ponce