# EXHIBIT 1

April 23, 2020

**Attestation for Non-Commercial Travel or Crew Transfers Pre-Approval of NSO Response Plan**

> Prior to receiving permission to disembark, the cruise company must provide this completed and signed attestation to CDC at eocevent349@cdc.gov for each disembarkation from the ship. Once this attestation is approved, it is valid from the time of CDC approval until the specified disembarkation or transfer is completed.

The No Sail Order signed by the Centers for Disease Control and Prevention (CDC) Director on April 9, 2020 and published in the Federal Register on April 15, 2020,[1] requires cruise ship operators for any cruise ships subject to the No Sail Order[2] to develop and implement a comprehensive plan to prevent, detect, respond, and contain COVID-19 on board their ships within 7 days of publication in the Federal Register. Until all elements of the plan as outlined in the No Sail Order are addressed satisfactorily, cruise ship operators should not request to disembark asymptomatic crew at a US port *unless* directed by the US Coast Guard in consultation with CDC.[3]

In order to obtain permission to disembark asymptomatic crew for repatriation or transfer to another assignment prior to formal CDC approval of its No Sail Order Response Plan, the cruise ship operator must meet all of the following conditions:

1. The cruise ship operator must transport those disembarking directly to non-commercial transportation, which includes industry-chartered private transport, industry-chartered private flights, or personal vehicles (no rental cars, taxis, or ride-share services). Cruise line operators must further guarantee non-commercial transportation to their respective homes or new duty stations consistent with all applicable laws and guidance. Those include, but are not limited to, national, federal, state, and local public-health guidance as well as state and local stay-at-home orders.

2. [For U.S. citizens or lawful permanent resident crew members only] The cruise ship operator must notify federal, state, and local public-health authorities with jurisdiction for the port of disembarkation as well as for the final US destination of each disembarking crew member. The cruise ship operator must provide to the Centers for Disease Prevention and Control (email eocevent349@cdc.gov) the notifications to local and state health authorities as well as the responses from those authorities clearly stating that they have no objections to the planned disembarkation and travel.

3. The President and Chief Executive Officer of the operating cruise company, the Chief Ethics and/or Compliance Officer of the operating cruise company and all parent companies, and the highest-ranking Medical Officer of the operating cruise company and all parent companies should sign the following attestation:

In accordance with 18 U.S.C. § 1001, I do hereby certify that the following conditions are true as of the date of disembarkation:

- _____ has arranged/will arrange for the repatriation or transfer of crew members by industry-chartered private transport, industry-chartered private flights, or personal vehicles

---

[1] https://www.federalregister.gov/documents/2020/04/15/2020-07930/no-sail-order-and-suspension-of-further-embarkation-notice-of-modification-and-extension-and-other

[2] All commercial, non-cargo, passenger-carrying vessels operating in international, interstate, or intrastate waterways and subject to the jurisdiction of the United States with the capacity to carry 250 or more individuals (passengers and crew) with an itinerary anticipating an overnight stay onboard or a twenty-four (24) hour stay onboard for either passengers or crew.

[3] https://www.cdc.gov/quarantine/cruise/management/interim-guidance-no-sail-order.html

April 23, 2020

(no rental cars, taxis, or ride-share services) with measures in place to ensure those involved in transport or other members of the public are not exposed to the disembarking individuals. Such measures include the following:

- _____ has notified the respective national public health authorities and has adhered to any testing requirements of receiving countries for repatriated or transferred crew (for non-U.S. citizens or non-lawful permanent resident crew members only).
- _____ medical staff will screen disembarking crew members for symptoms of COVID-19 (fever, cough, shortness of breath) including temperature checks, visual observation for illness, and use of health questionnaires.
- _____ has ensured/will ensure that crew members with known exposures to COVID-19 are transported separately from those with no known exposure.
- _____ has provided/will provide face coverings, such as a cloth face covering, to disembarking crew members or has confirmed that they have their own face coverings. Face coverings will be worn by asymptomatic crew members during disembarkation, during transport to any flights, for the duration of flights, and while taking ground transportation until they reach their final destination.
- _____ has instructed/will instruct crew members disembarking for repatriation to stay home for 14 days and continue to practice social distancing after reaching their destination.
- _____ has informed ship pilots, ground transportation, and air charter operators of the situation and confirmed that the operators have plans in place to notify and protect the health and safety of their staff (e.g., drivers, air crews).
- _____ has ensured/will ensure that disembarking crew members:
    - will not stay overnight in a hotel before the flight or at any point until they reach their final destination
    - will not use public transportation (including taxis or ride-share services) to get to the airport/charter flight
    - will not enter the public airport terminal
    - will not take commercial aircraft after an initial charter flight
    - will not have a transportation layover exceeding 8 hours
    - will have no interaction with the public during their travel home or to their new duty station (e.g., rental car companies, restaurants, other public areas, etc.)

I acknowledge that any false or misleading statements or omissions may endanger health and safety, including but not limited to the loss of lives and other irreparable harm. Therefore, false or misleading statements or omissions may result in criminal and civil actions for fines, penalties, damages, and imprisonment.

Prior to receiving permission to disembark, the cruise company must provide this completed and signed attestation to CDC at eocevent349@cdc.gov.

_____  _____  _____
Signature Official 1        Name and Title                                                         Date

_____  _____  _____
Signature Official 2        Name and Title                                                         Date

_____  _____  _____
Signature Official 3        Name and Title                                                         Date