UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 20-22133-CIV-MARTINEZ-BECERRA**

RYAN MAUNES MAGLANA and FRANCIS KARL BUGAYONG on their own behalf and as class representatives of all other similarly situated Filipino crewmembers trapped aboard CELEBRITY cruise vessels,

    Plaintiff,

vs.

CELEBRITY CRUISES INC.,

    Defendant.
_____/

### ORDER

**THIS CAUSE** came before the Court on Plaintiffs' Unopposed Expedited Motion to Reassign Case to Complex Case Track ("Expedited Motion"). (ECF No. 73). Plaintiffs move to reassign this putative class action case to the complex case management track due to the complexity of the case, its procedural posture (on remand from the Eleventh Circuit), and "the lack of responsive pleading from Celebrity." (*Id.* at 3). In further support of the Expedited Motion, Plaintiffs cite ongoing discovery disputes regarding Celebrity's responses to interrogatories and a request for production, which have caused delays. (ECF No. 73 at 4). Celebrity does not oppose placing this case on the complex case management track. (*Id.* at 7).

After careful consideration it is **ORDERED AND ADJUDGED** as follows:

1

1. The Expedited Motion, (ECF No. 73), is **DENIED WITHOUT PREJUDICE**. On or before **May 18, 2023,** Plaintiffs may file a renewed motion with proposed, extended deadlines for each of the deadlines set forth in the Court's current Scheduling Order, (ECF No. 58).

2. Plaintiff's Motion for Status Conference, (ECF No. 53), is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 16 day of May, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record